PNS.7321

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **KYLA SHEPPARD** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. _____** |
| | § | **JURY** |
| **P&S TRANSPORTATION, LLC and** | § | |
| **DWIGHT DOUGLAS** | § | |

**INDEX OF PLEADINGS FILED IN THE STATE COURT ACTION**

**TO THE UNITED STATES DISTRICT CLERK:**

Pursuant to 28 U.S.C. § 1447(b), attached hereto are the following complete true and correct

copies of all documents filed in the state court action:

1.  Case Summary Sheet
2.  Court Docket (07/23/15)
3.  Plaintiff's Original Petition (07/23/15)
4.  Civil Case Information Sheet (07/23/15)
5.  Letter from Attorney Requesting Citations for Service (7-23-15)
6.  Citation for Service on P&S Transportation, LLC (07/23/15)
7.  Citation for Service on Dwight Douglas (07/23/15)
8.  Affidavit of Service on P&S Transportation, LLC (08/13/15)
9.  Plaintiff's Motion for Substitute Service (11/24/15)
10. Executed Order Granting Motion for Substitute Service of Process (12/14/16)
11. Defendant P&S Transportation, LLC's Original Answer (03/15/16)
12. Affidavit of Service on Dwight Douglas (03/16/16)
13. Attorney Vacation Letter for Michael P. Sharp (03/17/16)
14. Rule 11 Agreement (03/21/16)
15. Dwight Douglas' Motion to Quash Plaintiff's Service of Citation (04/06/16)
16. Letter from Attorney on Notice of Hearing on Dwight Douglas' Motion to Quash Plaintiff's Service of Citation (04/06/16)
17. Rule 11 Agreement (04/06/16)
18. Rule 11 Agreement (04/18/16)
19. Letter from Attorney to court requesting copy of court file (04/19/16
20. Defendant Dwight Douglas' Original Answer (05/06/16)
21. Attorney Vacation Letter for Jason A. Burris (06/06/16)

22.    Rule 203 Certificate of Custodian of Records for Dream Pharmacy Memorial (Pharmacy) (08/01/16)

23.    Rule 203 Certificate of Custodian of Records for CVS Pharmacy (08/08/16)

24.    Rule 203 Certificate of Custodian of Records for UAMS Medical Center Community Women's Clinic (Films) (08/22/16)

25.    Affidavit of Process Server for service on Dwight Douglas (08/25/16)

26.    Rule 203 Certificate of Custodian of Records for Walgreen's, Inc. (Pharmacy) (08/26/16)

27.    Rule 203 Certificate of Custodian of Records for Baptist Health Medical Center (Films) (09/02/16)

Respectfully Submitted,


*/s/ Michael P. Sharp*

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**JASON A. BURRIS**
State Bar No. 24049591
jburris@feesmith.com
Fee, Smith, Sharp & Vitullo, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas  75240
(972) 934-9100
(972) 934-9200 [FAX]

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 19, 2016, the foregoing was filed with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

Kurt B. Arnold
Cesar "Ces" Tavares
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX  77007

*/s/ Michael P. Sharp*

**MICHAEL P. SHARP**

**1**

202ND DISTRICT COURT
# CASE SUMMARY
## CASE NO. 15C0976-202

KYLA SHEPPARD
vs.
P&S TRANSPORTATION, LLC  ET AL

§
§
§
§

Location:  **202nd District Court**
Judicial Officer:  **Pesek, Leon, Jr.**
Filed on:  **07/23/2015**

---

### CASE INFORMATION

Case Type:  **Injury or Damage - Motor Vehicle**

Case Flags:  **Jury Demand**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number          15C0976-202
Court                202nd District Court
Date Assigned        07/23/2015
Judicial Officer     Pesek, Leon, Jr.

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| Plaintiff | **SHEPPARD, KYLA** | **ARNOLD, KURT B** *Retained* 713-222-3800(W) |
| Defendant | **DOUGLAS, DWIGHT** | **BURRIS, JASON A** *Retained* 972-934-9100(W) |
| | **P&S TRANSPORTATION, LLC** | **SHARP, MICHAEL P** *Retained* 972-934-9100(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 07/23/2015 | Court Docket | |
| 07/23/2015 | Original Petition w/Jury Demand (OCA) | |
| 07/23/2015 | Civil Case Information Sheet | |
| 07/23/2015 | Issue *EFILED TO ATTORNEY* | |
| 07/23/2015 | **Citation** P&S TRANSPORTATION, LLC Served: 07/28/2015 *P & S TRANSPORTATION* | |
| 07/23/2015 | **Citation** DOUGLAS, DWIGHT Served: 12/22/2015 *DWIGHT DOUGLAS* | |
| 08/13/2015 | Affidavit *Affidavit of Service - P&S Transportation LLC-SERVED* | |

202ND DISTRICT COURT
# CASE SUMMARY
### CASE NO. 15C0976-202

| | |
|---|---|
| 11/24/2015 | Motion for Substitute Service |
| 12/14/2015 | Order for Substitute Service |
| 03/15/2016 | Original Answer<br>Party:  Defendant  P&S TRANSPORTATION, LLC |
| 03/16/2016 | Affidavit<br>*Affidavit of Service - Dwight Douglas* |
| 03/17/2016 | Letter for Attorney Vacation<br>*Attorney Vacation Letter for Michael Sharp* |
| 03/21/2016 | Rule 11 Agreement |
| 04/06/2016 | Motion to Quash<br>*Motion to Quash Service of Citation* |
| 04/06/2016 | Letter Attorney/Counselor<br>*on Notice of Hearing on Douglas' Motion to Quash Service of Citation* |
| 04/06/2016 | Rule 11 Agreement |
| 04/18/2016 | Rule 11 Agreement |
| 04/19/2016 | Request Copies |
| 05/06/2016 | Original Answer<br>Party:  Defendant  DOUGLAS, DWIGHT |
| 05/09/2016 | Original Answer<br>Party:  Defendant  DOUGLAS, DWIGHT |
| 06/06/2016 | Letter Attorney/Counselor<br>*Attorney Vacation Letter for Jason A. Burris* |
| 08/01/2016 | Certificate of Deposition<br>*Rose Shontae Perry, Custodian for Dream Pharmacy Memorial (Pharmacy) on Kyle Syanaye Sheppard* |
| 08/08/2016 | Certificate |
| 08/22/2016 | Certificate<br>*UAMS MEDKICAL CENTER COMMUNITY WOMEN'S CLINIC (FILMS)* |
| 08/25/2016 | Affidavit of Private Process Server |
| 08/26/2016 | Certificate of Deposition<br>*WALGREEN'S, INC. (PHARMACY)* |

*Printed on 09/14/2016 at 10:13 AM*

202ND DISTRICT COURT

# CASE SUMMARY
## CASE NO. 15C0976-202

| 09/02/2016 | Certificate | |
|---|---|---|
| | *BAPTIST HEALTH MEDICAL CENTER (FILMS)* | |

| DATE | FINANCIAL INFORMATION |
|---|---|

**Defendant** DOUGLAS, DWIGHT
| | |
|---|---|
| Total Charges | 6.00 |
| Total Payments and Credits | 6.00 |
| **Balance Due as of 9/14/2016** | **0.00** |

**Defendant** P&S TRANSPORTATION, LLC
| | |
|---|---|
| Total Charges | 62.00 |
| Total Payments and Credits | 62.00 |
| **Balance Due as of 9/14/2016** | **0.00** |

**Plaintiff** SHEPPARD, KYLA
| | |
|---|---|
| Total Charges | 310.00 |
| Total Payments and Credits | 310.00 |
| **Balance Due as of 9/14/2016** | **0.00** |

*Printed on 09/14/2016 at 10:13 AM*

**2**

JUDGE LEON PESEK, JR.
202ND DISTRICT COURT
COURT DOCKET

15C0976-202                        07/23/15
KYLA SHEPPARD
  VS.
P&S TRANSPORTATION, LLC  ET AL
Injury or Damage - Motor Vehicle

PLAINTIFF ATTY:                    KURT B ARNOLD
DEFENDANT ATTY:

| DATE OF ORDERS | ORDERS OF COURT |
| --- | --- |
|  |  |

**3**

CAUSE NO. _____15C0976-202_____

| | | |
|---|---|---|
| Kyla Sheppard, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | BOWIE COUNTY, TEXAS |
| | § | |
| P&S Transportation, LLC and | § | |
| Dwight Douglas, | § | |
| | § | |
| Defendants. | § | _____ JUDICIAL DISTRICT |

## Plaintiff's Original Petition

Kyla Sheppard (hereinafter "Plaintiff") complain of P&S Transportation, LLC and Dwight Douglas (collectively "Defendants") and would respectfully show the court the following:

### I.

### Discovery Level

1.     Discovery in this matter may be conducted under Level 2 of the Texas Rules of Civil Procedure.

### II.

### Jurisdiction and Venue

2.     The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because a substantial amount of the events made the basis of this lawsuit occurred in this county.

## III.

### Parties

3.     Plaintiff is a resident of Arkansas.

4.     Defendant P&S Transportation, LLC is a foreign entity that maintains multiple offices in Texas. The Court may exercise personal jurisdiction over Defendant P&S Transportation, LLC because it does a substantial amount of business in Texas. Defendant P&S Transportation, LLC's continuous and systematic contacts with Texas justify the exercise of general jurisdiction. Defendant P&S Transportation, LLC is also subject to the specific jurisdiction of this court because its contacts with Texas are directly related to the vehicle accident from which Plaintiff's claims arise. This Defendant may be served with process by serving its registered agent, Corporation Service Company d/b/a CSC – Lawyer Inco at 211 East 7th Street, Suite 620 Austin, Texas 78701.

5.     Defendant Dwight Douglas is a resident of Mississippi and may be served personally at 203 Douglas Road, Natchez, Mississippi 39120 or wherever he may be found. The Court may exercise jurisdiction over Defendant Dwight Douglas he was personally involved in the vehicular accident that is the basis of this lawsuit.

## IV.

### Facts

6.     On or about December 15, 2014 Plaintiff suffered severe and debilitating injuries as a result of Defendants' negligence. Specifically, Plaintiff was driving westbound on Interstate 30 when the Defendants failed to maintain their own lane striking the Plaintiff's vehicle. As a result of the incident, Plaintiff's vehicle was forced off the roadway causing her to suffer severe injuries to her neck, back, legs, arms, head, eyes, and other parts of her body.

2

At all relevant times, Mr. Douglas was acting in the course and scope of her employment with Defendant P&S Transportation, LLC, and acting in furtherance of a mission for Defendant P&S Transportation, LLC benefit and subject to its control.

## V.

### Causes of Action

**A.**   ***Negligence Against All Defendants***

7.   Plaintiff repeats and realleges each allegation contained above.

8.   Plaintiff sustained injuries because of Defendants' negligence and gross negligence when Defendants:

- Failed to maintain a safe distance;

- Failed to operate their tractor-truck safely;

- Failed to properly train their driver;

- Failed to keep a proper lookout;

- Failed to maintain safe speed;

- Failed to change lanes safely;

- Failed to maintain their own lane; and

- Other acts so deemed negligent and grossly negligent.

9.   Defendants should also be held liable as a matter of law for their respective violations of the Texas Transportation Code and the Federal Motor Carrier Statutes.

10.   On balance, Defendants owed a duty consistent with the foregoing, and breached each of foregoing duties.  These breaches were both the cause in fact and proximate cause of Plaintiff's injuries.  As a result of Defendants' negligence, the Plaintiff suffered

3

severe physical injury. Plaintiff is entitled to recover for his injury. Defendants' actions were done with a reckless disregard to a substantial risk of severe bodily injury. As such, Plaintiff is entitled to exemplary damages.

**B.     *Negligence Per Se' Against Defendants***

11.     Defendant's conduct described herein constitutes an unexcused breach of duty imposed by Texas Transportation Code Section 644 *et seq.* which section acts as a tie in to Code Sections 545.053(b), 545.060, 545.351 and 545.401.

12.     Plaintiff is a member of the class that Texas Transportation Code Sections 545.053(b), 545.060, 545.351 and 545.401 were designed to protect.

13.     Defendants unexcused breach of the duties imposed by Texas Transportation Code Sections 545.053(b), 545.060, 545.351 and 545.401 proximately caused Plaintiff's injuries described herein.

**C.     *Negligent Hiring (against P&S Transportation, LLC)***

14.     Plaintiff repeats and realleges each allegation contained above.

15.     Plaintiff sustained injuries as a result of Defendant's negligent hiring because of Defendant's:

- Failure to conduct a reasonable and adequate interview of Mr. Douglas as a potential employee.

- Failure to properly follow up on information not provided by Mr. Douglas in the interview process.

- Failure to conduct a proper employment and background check.

- Failure to sufficiently investigate Mr. Douglas' training, prior employment, criminal record, and past.

- Failure to perform the required screening, testing, and physical of Mr.

4

Douglas.

- Failure to adopt proper policies and procedures regarding the interview of a potential employee who will be driving a tractor/trailer on the highways of the State of Texas.

- Such other and further acts of negligence as may be shown in the trial of this cause as discovery progresses.

**D.    *Negligent Training (against P&S Transportation, LLC).***

16.    Plaintiff repeats and realleges each allegation contained above.

17.    Plaintiff sustained injuries as a result of Defendant's negligent training because of Defendant's:

- Failure to explain and demonstrate its safety policies and procedures to Mr. Douglas.

- Failure to provide the necessary training to Mr. Douglas regarding driving this vehicle, vehicle safety, safety classes, how to properly and safely drive the vehicle, the proper method to maintain a vehicle, the proper way and the necessity of keeping the vehicle clean and in proper working order, and in all matters regarding the proper and safe operation of a vehicle and the maintenance of vehicle in various situations.

- Failure to properly train its drivers regarding all aspects of driver safety.

- Failure to train its employees, including Mr. Douglas, regarding safe and proper operation of a vehicle such as a person and/or company of ordinary care would have done in the same or similar circumstances.

- Failure to provide and/or require regular follow-up driver education and training.

- Such other and further acts of negligence as may be shown in the trial of this cause as discovery progresses.

**E.    *Negligent Supervision, Retention, and Monitoring (against P&S Transportation, LLC)***

5

18.     Plaintiff repeats and realleges each allegation contained above.

19.     Plaintiff sustained injuries as a result of Defendant's negligent supervision, retention and monitoring because of Defendant's:

- Failure to monitor Mr. Douglas to make sure that he was complying with policies and procedures.

- Failure to interview and test Mr. Douglas to make sure he had read, and was familiar with, understood, and followed the company policies and procedures.

- Failure to implement proper policies and procedures for its employees, including Mr. Douglas, regarding driver safety and vehicle safety.

- Failure to document and make a determination regarding fault in the accident made the basis of this suit.

- Failure to supervise Mr. Douglas to insure that he was keeping the vehicle properly maintained.

- Such other and further acts of negligence as may be shown in the trial of this cause as discovery progresses.

## F.     *Negligent Entrustment (against P&S Transportation, LLC)*

20.     Plaintiff repeats and realleges each allegation contained above.

21.     Plaintiff sustained injuries as a result of Defendant's negligent entrustment because Defendant:

- Provided a vehicle to Mr. Douglas who was not properly trained and did not have the proper education, background, training, or experience to safely operate the vehicle, and who was an incompetent and/or reckless driver.

6

## VI.

### <u>Prayer</u>

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Kyla Sheppard, was caused to suffer severe and debilitating personal injuries, bodily injury, physical impairment, loss of household services, pain, suffering, and mental anguish, and to incur the following damages. Plaintiff prays for relief and judgment, as follows:

- Compensatory damages against Defendants;
- Actual damages;
- Consequential damages;
- Past and future Pain and suffering;
- Past and future loss of earning capacity;
- Past and future medical damages and costs;
- Exemplary damages
- Past and future mental anguish;
- Past and future impairment;
- Past and future disfigurement;
- Interest on damages (pre- and post-judgment) in accordance with law;
- Plaintiffs' reasonable attorneys' fees;
- Costs of court;
- Expert witness fees;
- Costs of copies of depositions; and
- Such other and further relief as the Court may deem just and proper.

## VIII.

### <u>Jury Trial Demanded</u>

Plaintiff hereby demands a trial by jury.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

By:   */s/ Kurt Arnold*

     Kurt B. Arnold
     SBN:  24036150
     KArnold@arnolditkin.com
     Cesar "Ces" Tavares
     SBN:  24093726
     Ctavares@arnolditkin.com
     6009 Memorial Drive
     Houston, Texas  77007
     Tel: 713.222.3800
     Fax: 713.222.3850
     e-service@arnolditkin.com

     **ATTORNEYS FOR PLAINTIFF**

8

4

# CIVIL CASE INFORMATION SHEET

Filed 7/23/2015 3:41:01 PM
Billy Fox
District Clerk
Bowie County, Texas
Karen Raney, Deputy

**CAUSE NUMBER (FOR CLERK USE ONLY):** 15C0976-202 _____ **COURT (FOR CLERK USE ONLY):** _____

**STYLED** Kyla Sheppard vs. P&S Transportation, LLC and Dwight Douglas
_____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

**Name:** Kurt B. Arnold
**Email:** e-service@arnolditkin.com

**Address:** 6009 Memorial Dr.
**Telephone:** 713.222.3800

**City/State/Zip:** Houston, Tx. 77007
**Fax:** 713.222.3850

**Signature:** /s/ Kurt B. Arnold
**State Bar No:** 24036150

### Names of parties in case:

**Plaintiff(s)/Petitioner(s):** Kyla Sheppard

**Defendant(s)/Respondent(s):** P&S Transportation and Dwight Douglas

[Attach additional page as necessary to list all parties]

### Person or entity completing sheet is:
- [x] Attorney for Plaintiff/Petitioner
- [ ] Pro Se Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other:

**Additional Parties in Child Support Case:**

Custodial Parent:

Non-Custodial Parent:

Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**

*Debt/Contract*
- [ ] Consumer/DTPA
- [ ] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

*Foreclosure*
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation
*Malpractice*
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability:
- [x] Motor Vehicle Accident
- [ ] Premises
*Product Liability*
- [ ] Asbestos/Silica
- [ ] Other Product Liability List Product:
- [ ] Other Injury or Damage:

**Real Property**
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other:

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other:

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void
*Divorce*
- [ ] With Children
- [ ] No Children

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

**Tax**
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings
- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100, 000 but not more than $200,000
- [ ] Over $200,000 but not more than $1,000,000
- [x] Over $1,000,000

Rev 2/13

**5**

Filed 7/23/2015 3:41:01 PM
Billy Fox
District Clerk
Bowie County, Texas
Karen Raney, Deputy



Arnold & Itkin LLP

TRIAL LAWYERS

July 23, 2015

Ms. Billy Fox
Bowie County District Clerk
710 James Bowie Drive                         15C0976-202
New Boston, Texas 75570

      Re:    Cause No. _____; Kyla Sheppard vs. P&S Transportation and Dwight
            Douglas; In the _____ Judicial District Court of Bowie County, Texas

Dear Ms. Fox:

      You will find attached Plaintiff's Original Petition regarding the above-referenced
matter. Please prepare a citation for each defendant as follows:

- P&S Transportation, LLC by and through its registered agent Corporation Service Company d/b/a CSC – Lawyer Inco at 211 East 7th Street, Suite 620, Austin, Texas 78701; and
- Dwight Douglas, 203 Douglas Road, Natchez, Mississippi 39120.

      Please return the citations to our office for service through a private process service
company. A self-addressed Fedex envelope will be forwarded to you for your convenience.

      Should you have any questions, please do not hesitate to contact our office.

                         Sincerely,

                         */s/ Lillie Garcia*

                         Lillie Garcia, Legal Assistant
                         For Ces Tavares

/leg

**6**

CITATION – NON RESIDENT
THE STATE OF TEXAS
CAUSE NO:15C0976-202
STYLE:  KYLA SHEPPARD
VS.
P&S TRANSPORTATION, LLC  ET AL

TO:   P&S TRANSPORTATION, LLC
      CORPORATION SERVICE COMPANY
      CSC - LAWYER INCO
      211 EAST 7TH ST STE 620
      AUSTIN TX  78701

**DEFENDANT in the above styled and numbered cause:**

**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by I0:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the ORIGINAL PETITION W/JURY DEMAND  in the above styled and numbered cause, which was filed on JULY 23, 2015 in the 202ND DISTRICT COURT of Bowie County, New Boston, Texas.  This instrument describes the claim against you.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, July 23, 2015.**

ADDRESS OF PLAINTIFF OR
ATTORNEY FOR PLAINTIFF

KURT B ARNOLD
6009 MEMORIAL DRIVE
HOUSTON, TX 77007



**BILLY FOX**
**BOWIE COUNTY DISTRICT CLERK**
**710 JAMES BOWIE DRIVE**
**NEW BOSTON, TEXAS 75570**

BY: /s/ Karen Raney
    **DEPUTY**

OFFICER'S RETURN (OUT OF STATE)
That the within citation came to hand on the _____ day _____ at _____ o'clock ___.M. and executed in _____
County State of_____, by delivering to the within named defendant, _____ at _____ o'clock
___.M. on _____, _____; each in person, a true copy of the petition attached thereto, having first endorsed on such copy of said citation the date of delivery

CERTIFICATE OF DELIVERY
I do hereby certify that I delivered to _____on the _____ day of _____, _____ at _____ o'clock ___.M. this copy of this instrument.

STATE OF _____
FEE $_____          _____DEPUTY

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other that a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my address is _____
              **(First, Middle, Last)**
_____ **(Street, City, State, Zip)**
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____, 20 ____.

_____          _____
Declarant/Authorized Process Server                **(ID # & Expiration of Certification)**

7

**CITATION – NON RESIDENT**
**THE STATE OF TEXAS**
**CAUSE NO:15C0976-202**
**STYLE: KYLA SHEPPARD**
**VS.**
**P&S TRANSPORTATION, LLC  ET AL**

TO:     DWIGHT DOUGLAS
          293 DOUGLAS ROAD
          NATCHEZ MS  39120

**DEFENDANT in the above styled and numbered cause:**

**YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by I0:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the ORIGINAL PETITION W/JURY DEMAND  in the above styled and numbered cause, which was filed on JULY 23, 2015 in the 202ND DISTRICT COURT of Bowie County, New Boston, Texas.  This instrument describes the claim against you.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, July 23, 2015.**

ADDRESS OF PLAINTIFF OR
ATTORNEY FOR PLAINTIFF

KURT B ARNOLD
6009 MEMORIAL DRIVE
HOUSTON TX  77007



**BILLY FOX**
**BOWIE COUNTY DISTRICT CLERK**
**710 JAMES BOWIE DRIVE**
**NEW BOSTON, TEXAS 75570**

BY: /s/ Karen Raney _____
     **DEPUTY** _____

---

OFFICER'S RETURN (OUT OF STATE)
That the within citation came to hand on the _____ day _____, _____ at _____ o'clock ____.M. and executed in _____
County State of_____, by delivering to the within named defendant, _____ at _____ o'clock
____.M. on _____, _____; each in person, a true copy of the petition attached thereto, having first endorsed on such copy of said
citation the date of delivery

CERTIFICATE OF DELIVERY
I do hereby certify that I delivered to _____on the _____day of _____, _____ at _____ o'clock ____.M.
this copy of this instrument.

                              STATE OF _____
FEE $_____          _____DEPUTY

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other that a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:
"My name is _____, my date of birth is _____, and my address is _____
                        **(First, Middle, Last)**
_____ (Street, City, State, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of _____, 20 ____.

_____          _____
Declarant/Authorized Process Server          (ID # & Expiration of Certification)

**8**

Filed 8/13/2015 9:53:23 AM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy .

# AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Bowie**                    **202nd District Court**

Case Number: 15C0976-202

Plaintiff:
**KYLA SHEPPARD**
vs.
Defendant:
**P&S TRANSPORTATION, LLC, and DWIGHT DOUGLAS**

Received by Travis Wyatt on the 28th day of July, 2015 at 1:13 pm to be served on **P&S TRANSPORTATION, LLC,
by delivering to its Registered Agent, Corporation Service Company, d/b/a CSC-LAWYER INCO., 211 East 7th
St., Ste. 620, Austin, Travis County, TX 78701.**

I, Travis Wyatt, being duly sworn, depose and say that on the **28th day of July, 2015 at 2:40 pm, I:**

delivered a true and correct copy of this **CITATION, with attached PLAINTIFF'S ORIGINAL PETITION,
PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION, REQUEST FOR
ADMISSIONS, AND REQUEST FOR DISCLOSURES TO DEFENDANTS, EDUCATIONAL RECORDS
AUTHORIZATION (blank), AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)
(blank) and AUTHORIZATION FOR RELEASE OF CELL PHONE AND DATA RECORDS (blank),** after
endorsing the date of delivery thereon, to **P&S TRANSPORTATION, LLC,** by delivering to its Registered Agent,
**Corporation Service Company.**   Placed before **Sue Vertrees,** Authorized Agent of Corporation Service
Company, in person, at: **211 East 7th St., Ste. 620, Austin, Travis County, TX 78701-3218** .

I am over the age of 18 years, and I have never been convicted of a felony or a crime of moral turpitude.  I am not
party to or interested in the outcome of this case, and I am authorized by the Supreme Court of Texas to deliver
citations and other notices pursuant to TRCP 103, 106, 107, and 536a. I am of sound mind and competent to make
this oath.  I swear that the facts contained in this Affidavit are true and correct and are within my personal
knowledge.

STATE OF TEXAS
COUNTY OF TRAVIS
Subscribed and Sworn to before me on the 29th day
of July, 2015 by the affiant who is personally known to
me,

NOTARY PUBLIC

KRISTI LUEDKE
Notary Public, State of Texas
My Commission Expires
August 22, 2016

Travis Wyatt
SCH4959, Exp. 3/31/18

**Wyatt Process Service, LLC
109 S. Harris Street
Suite 125A
Round Rock, TX 78664
(512) 501-4391**
Our Job Serial Number: WYT-2015000582
Ref: 138581.001

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

9

Filed 11/24/2015 2:54:56 PM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy

CAUSE NO. 15C0976-202

| | | |
|---|---|---|
| Kyla Sheppard, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | BOWIE COUNTY, T E X A S |
| | § | |
| P&S Transportation, LLC and | § | |
| Dwight Douglas, | § | |
| | § | |
| Defendants. | § | 202ND JUDICIAL DISTRICT |

## **PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE**

Plaintiff respectfully requests that, under Texas Rule of Civil Procedure 106(b)(1) and 106(b)(2), substituted service be allowed for the service of process upon Defendant Dwight Douglas and would show the Court that:

1.      Plaintiff has diligently attempted service of process upon Defendant Dwight Douglas, 144 North Shields Lane, Apt E2, Natchez, MS 39120.  Plaintiff's retained process server attempted service upon Defendant in person once on August 3, 2015, August 4th, August 5, and once on August 8, 2015.  To date, all attempts to serve Defendant have been unsuccessful. *See,* Exhibit "A", the Affidavit of Karen O'Quinn.

2.      Defendant may be served at 144 North Shields Lane, Apt E2, Natchez, MS 39120.

In order to effectively serve Defendant, Plaintiff requests permission to use the following:

a.      Pursuant to TEX. R. CIV. P. 106(b)(1), delivery of process to anyone over 16 years of age at 144 North Shields Lane, Apt E2, Natchez, MS 39120.[1]

---

[1] *See Olympia Marble & Granite v. Mayes*, 17 S.W.3d 437, 444-45 (Tex. App.—Houston [1st Dist.] 2000, no pet.).

b.    Using first class mail service.[2]

c.    Posting service on the entryway at 144 North Shields Lane, Apt E2, Natchez, MS 39120.

3.    Any of the above methods will be reasonably effective to give Defendant Dwight Douglas notice of the suit.  Thus, Plaintiff respectfully prays that the Court grant his Motion for Substituted Service and allow substituted service of process in accordance with Tex. R. of Civ. P. 106(b)(1) or 106(b)(2), as appropriate.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Cesar Tavares*

-----------------------------------------

Kurt B. Arnold
SBN: 24036150
karnold@arnolditkin.com
Cesar "Ces" Tavares
SBN: 24093726
ctavares@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
***ATTORNEYS FOR PLAINTIFF***

**\*For electronic service use:**
**e-service@arnolditkin.com**

**ATTORNEY FOR PLAINTIFF**

---

[2] *See State Farm Fire & Cas. Co. v. Costley*, 868 S.W.2d 298, 299 (Tex. 1993).

2

# EXHIBIT "A"

## **AFFIDAVIT OF SERVICE**

VENTURA COUNTY SUPERIOR COURT

Plaintiff
**KYLA SHEPPARD,**

vs.

Defendants                                                      **Case No.: 15C0976-202**
**P&S TRANSPORTATION, LLC and DWIGHT**          **Compliance Date: 8/21/2015**
**DOUGLAS,**

I, _Karen OQuinn_, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**Date/Time Received: 7/29/2015   9:00 AM**

**Document(s): Citation; Petition; Plaintiff's First Set of Interrogatories, Request for Production, Request for Admissions, and Request for Disclosures to Defendants; Blank Authorizations**

**Serve To: DWIGHT DOUGLAS**

**Address: 19 Reba Christian Rd, Natchez, MS 39120**

Date Served: _____ Time Served: _____ AM/PM

Method of Service: [ ] Individual  [ ] Substitute  [ ] Corporate  [ ] Govt. Agency  [ ] Posted  [ ] Other  [X] Non-Served )

Person Served: _____ Capacity: _____

Address: _____

Military Status: [ ] N/A  [ ] Not in Military  [ ] Active Duty Military

After exercising reasonable diligence, I was unable to deliver copies to said person within _Adams_ county, MS. I served the documents listed above on the ____ day of _____, _____, at the usual place of abode of said person by leaving a true copy of the documents listed above with _____, who is the _____ (insert family relationship), a member of the family who is above the age of sixteen years old who was willing to receive service. And thereafter on the ____ day of _____, _____, copies of the documents served were mailed (by first class postage prepaid) to the defendant at his/her usual place of abode.

_8-10-15 @ 01:55 PM - No Answer, Brown Cadillac + White Ford Expedition registered to Dwight Douglas on premises. 8-12-15 @ 11:00 Am No Answer vehicle still there, Note left. 8-13-15 @ 0830 Am No Answer Same vehicles, note remains 8-14-15 @ 11:45 Am No Answer Same vehicles, note remains 8-17-15 @ 1735. No Answer Spoke c neighbor Ms. Alfreda stated he travels cross country and is_

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge. _only home 1 or 2 days a month._

_[signature]_

Signature date in front of notary _8-24-15_

Quantum Process
418 Pittman Road
Ellisville, MS 39437
(601) 319-2675

State of _Mississippi_
County of _Adams MS_
Subscribed and sworn to before me, a notary public, on _8-24-15_

_[signature]_

Notary Public
My Commission Expires: _June 12, 2016_

ID: 49118
Client Reference: Kyla Sheppard - 138581.002

_[notary seal: NOTARY PUBLIC  ID No. 69036  Commission Expires June 12, 2016  ADAMS COUNTY]_

**10**

Filed 12/14/2015 10:56
Billy Fox
District Clerk
Bowie County, Texas
Kelley White, Deputy

CAUSE NO. 15C0976-202

| | | |
|---|---|---|
| Kyla Sheppard, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | BOWIE COUNTY, T E X A S |
| | § | |
| P&S Transportation, LLC and | § | |
| Dwight Douglas, | § | |
| | § | |
| Defendants. | § | 202ND JUDICIAL DISTRICT |

## ORDER GRANTING MOTION FOR SUBSTITUTE SERVICE OF PROCESS

ON THIS DAY came on for consideration the Plaintiff's Motion for Substitute Service under Rule 106(b), Texas Rules of Civil Procedure. It appears to the Court that Plaintiff has attempted but failed to personally serve Defendant Dwight Douglas, at the last known usual place of abode or business. It further appears to the Court that the manner of service ordered herein will be reasonably effective to give said defendant notice of the lawsuit. It is therefore,

**ORDERED, ADJUDGED, and DECREED** that the Motion for Substitute Service is **GRANTED.** It is further,

**ORDERED, ADJUDGED, and DECREED** that service of process may be made upon the defendant, either: (1) by leaving a true copy of the citation, with a copy of the Petition and this Order authorizing substituted service attached, with anyone over sixteen (16) years of age at 144 North Shields Lane , Apt. E2, Natchez, MC 39120; or (2) by firmly affixing a true copy of the citation, with a copy of the Petition and this Order authorizing substitute service attached, to the front door of Defendant's last known usual place of abode or business at the above address.

Case 5:16-cv-00141-RWS-CMC   Document 1-4   Filed 09/19/16   Page 36 of 84 PageID #:  48

It is further **ORDERED, ADJUDGED, and DECREED** that the service made by the above method shall not be deemed perfected unless it also complies with the following provisions:

(a) a copy of the citation, Petition, and this Order shall be mailed by BOTH certified mail, return receipt requested, AND by regular mail to the defendant at the same address at which service is authorized above;

(b) the return of service shall not be made until 30 days after mailing or until the process server receives back the green card from the post office, whichever date is earlier;

(c) the return of service shall include a statement setting out the date of mailing and the result of the mailing by certified mail, and the date of mailing and result of same by regular mail (*i.e.,* whether the envelope was returned by the post office, the green card came back signed, etc.); and

(d) a copy of any envelope or green card returned by the post office shall be attached to the return of service.

It is further **ORDERED, ADJUDGED, and DECREED** that the return of service of the person executing service pursuant to this Order shall otherwise be made in accordance with Rule 107, Texas Rules of Civil Procedure.  It is further

**ORDERED, ADJUDGED, and DECREED** that service of process will be deemed complete upon compliance with this Order, regardless of whether defendant signs the certified mail receipt.

**Signed** _____12/14/2015_____.

Honorable Judge

2

Filed 12/14/2015 10:56:00 AM
Billy Fox
District Clerk
Bowie County, Texas
Kelley White, Deputy



## Arnold & Itkin LLP

TRIAL LAWYERS

November 24, 2015

Judge Leon F Pesek, Jr.
710 James Bowie Drive
New Boston, Texas 75570

Re:   Cause No. 15C0976-202; Kyla Sheppard vs. P&S Transportation and Dwight
Douglas; In the 202nd Judicial District Court of Bowie County, Texas

Honorable Judge Pesek Jr.:

Enclosed for filing with the court is the Proposed Order for Plaintiff's Motion for Substitute Service which was filed on November 24, 2015.

Once the order is signed, please provide us a copy to e-service@arnolditkin.com.

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

*/s/ Jennifer Arispe*

Jennifer Arispe, Legal Assistant
For Ces Tavares

/jea

**11**

Filed 3/15/2016 4:50:12 PM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy

PNS.7321

## CAUSE NO. 15C0976-202

| | | |
|---|---|---|
| KYLA SHEPPARD | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 202nd JUDICIAL DISTRICT |
| | § | |
| P&S TRANSPORTATION, LLC and | § | |
| DWIGHT DOUGLAS | § | BOWIE COUNTY, TEXAS |

### DEFENDANT P&S TRANSPORTATION, LLC'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **P&S TRANSPORTATION, LLC**, Defendant named in the above entitled and numbered cause, and files this its Original Answer, and for same would respectfully show unto the Court as follows:

### I.

### GENERAL DENIAL

Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof.

### II.

### SECTION 18.091

Defendant invokes Section 18.091 of the Texas Civil Practice and Remedies Code. To the extent Plaintiff seeks recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value or loss of inheritance, the evidence to prove such loss must be presented in the form of net loss after reduction of income tax payments or unpaid tax liability. Defendant further requests the court to instruct the jury as to whether any recovery for compensatory damages sought by Plaintiff is subject to federal or state income taxes.

## III.

### SECTION 41. 0105

Defendant invokes Section 41.0105 of the Texas Civil Practice and Remedies Code.  To the extent Plaintiff seeks recovery of medical or healthcare expenses incurred, the evidence to prove such loss must be limited to the amount actually paid or incurred by or on behalf of Plaintiff.  Defendant further requests the court to instruct the jury as to whether any recovery for medical or healthcare expenses sought by Plaintiff is limited to the amount actually paid or incurred by or on behalf of Plaintiff.

## IV.

### PAID V. INCURRED

Defendant also asserts that it is entitled to a reduction in any award for medical expenses to the extent that same is not actually paid or incurred.  Defendant is further entitled to a reduction as to any damage award for the full sum of any settlement as an offset to Plaintiff's recovery.

## V.

### JURY DEMAND

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendant demands a trial by jury.

**WHEREFORE,       PREMISES       CONSIDERED,**       Defendant       **P&S TRANSPORTATION, LLC** prays that the Plaintiff take nothing by this suit, that Defendant goes hence with its costs without delay, and for such other and further relief, both general and special, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, L.L.P**


*/s/ Michael P. Sharp*

---

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**JASON A. BURRIS**
State Bar No. 24049591
jburris@feesmith.com
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas  75240
(972) 934-9100
(972) 934-9200 (Fax)

**ATTORNEYS FOR DEFENDANT
P&S TRANSPORTATION, LLC**


<u>**CERTIFICATE OF SERVICE**</u>

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the 15th day of March, 2016 as follows:

*Via Facsimile*
Kurt B. Arnold
Cesar "Ces" Tavares
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX  77007


*/s/ Michael P. Sharp*

---

**MICHAEL P. SHARP**

**12**

Filed 3/16/2016 8:55:17 AM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy

## AFFIDAVIT OF SERVICE

### DISTRICT COURT OF BOWIE COUNTY, TEXAS

Plaintiff
**KYLA SHEPPARD**

vs.

Defendants
**P&S TRANSPORTATION, LLC and DWIGHT
DOUGLAS**

Case No: 15C0976-202
Compliance Date: 12/24/2015

Received this on 12/17/2015 at

I Karen O'Quinn, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**That on 12/22/2015 at 11:45 AM, I executed service of a Order, Citation, Petition, Plaintiffs First Set of Interrogatories, Request for Production, Request for Admissions, and Request for Disclosures to Defendants, and Blank Authorizations on DWIGHT DOUGLAS at 144 NORTH SHIELDS LN, APT E2, NATCHEZ, MS 39120**

**By Posted to: DWIGHT DOUGLAS**

12/22 @ 11:45 am - firmly affixed to the door
1/12 mailed copies of papers certified mail
2/22 rcvd certified package back un opened.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Executed on 2/29/16

Karen O'Quinn,

Quantum Process
418 Pittman Road
Ellisville, MS 39437
(601) 752-3503

State of MS
County of Jones
Subscribed and sworn to before me, a notary public, on 2/29/16

Notary Public
My Commission Expires: Nov. 18, 2019

ID: 52434
Client Reference: 138581.005

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 99960
BILLIE MAGEE
Commission Expires
Nov. 18, 2019
ADAMS COUNTY

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NATCHEZ MS 39120-4100

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | |
| $ | | |
| Extra Services & Fees (check box, add fee as appropriate) | | 0440 |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $10.00 | 06  Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $ N/A | |
| ☐ Adult Signature Restricted Delivery | $ N/A | |
| Postage | $5.75 | 01/12/2016 |
| $ | | |
| Total Postage and Fees | $12.00 | |
| $ | | |

Sent To
Dwight Douglas
Street and Apt No., or PO Box No.
144 N. Shields Ln. Apt E2
City, State, ZIP+4®
Natchez, MS 39120

7015 1520 0002 6357 6499

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Filed 3/16/2016 8:55:17 AM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy

## AFFIDAVIT OF SERVICE

### DISTRICT COURT OF BOWIE COUNTY, TEXAS

Plaintiff
**KYLA SHEPPARD**

vs.

Defendants                                                              **Case No.: 15C0976-202**
                                                                        **Compliance Date: 12/24/2015**
**P&S TRANSPORTATION, LLC and DWIGHT**
**DOUGLAS**

I KAREN OQUINN , being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**Date/Time Received: 12/17/2015**

**Document(s): Order, Citation and Petition**

**Serve To: DWIGHT DOUGLAS**

**Address: 144 NORTH SHIELDS LN, APT E2, NATCHEZ, MS 39120**

**Date Served:** 12-22-15 **Time Served:** 11:45 (AM)/PM

Method of Service: [ ] Individual [ ] Substitute [ ] Corporate [ ] Govt. Agency [X] Posted [ ] Other [ ] Non-Served )

Person Served: Firmly affixed to front door                Capacity:

Address: 144 North Shields Lane Apt E2 Notchez MS 39120

Military Status: [X] N/A [ ] Not in Military [ ] Active Duty Military

After exercising reasonable diligence, I was unable to deliver copies to said person within Adams county, MS. I served the documents listed above on the 22 day of Dec, 2015, at the usual place of abode of said person by leaving a true copy of the documents listed above with Posted to door , who is the N/A (insert family relationship), a member of the family who is above the age of sixteen years old who was willing to receive service. And thereafter on the 22 day of Dec, 2015, copies of the documents served were mailed (by first class postage prepaid) to the defendant at his/her usual place of abode.

12-22-15 Mailed copies at to address provide

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Karen Oquinn Signature date in front of notary 12/30/15

Quantum Process                          State of MS
418 Pittman Road                         County of Adams
Ellisville, MS 39437                     Subscribed and sworn to before me, a notary public, on 12/30/15
(601) 319-2675                           Billie Magee
                                         Notary Public
                                         My Commission Expires: Nov. 18, 2019

ID: 52434
Client Reference: 138581.005

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 99960
BILLIE MAGEE
Commission Expires
Nov. 18, 2019
ADAMS COUNTY

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dwight Douglas
144 N. Shields Ln Apt
Natchez, MS E2
  2910?

9590 9403 0355 5163 53?? 90

2    7015 1520 0002 6??? 6899

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

NIXIE

3912 03505-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNCLAIMED
RETURN TO SENDER

02/15/16

Dwight Douglas
144 N

UNCLAIMED

**PRIORITY MAIL**
★ ★ ★

UNITED STATES
POSTAL SERVICE®

For Domestic Use Only

**TRACKED INSURED**
★ ★ ★

Label 107R, July 2013

7015 1520 0002 6357 6899

**CERTIFIED MAIL**

1006

39120

U.S. POSTAGE
PAID
LAUREL MS
39440
JAN 12, 16
AMOUNT
$12.00
00132149-08

**13**

Filed 3/17/2016 12:02:27 PM
Billy Fox
District Clerk
Bowie County, Texas
Deana Stiles, Deputy

# FSSV

**Fee, Smith, Sharp & Vitullo LLP**
Texas Trial Attorneys

Three Galleria Tower  13155 Noel Road  Suite 1000  Dallas, Texas 75240
P 972-934-9100  F 972-934-9200

877-FEESMITH  feesmith.com

1801 S MoPac Expressway  Suite 320  Austin, Texas 76746
P 512-479-8400  F 512-479-8402

*Michael P. Sharp*
*972-980-3255 Direct Dial*

*msharp@feesmith.com*

March 17, 2016

*Via Electronic Filing*
Clerk
202nd District Court
100 N. State Line, Box 10
Texarkana, TX  75501

Re:   Cause No. 15C0976-202; *Kyla Sheppard v. P&S Transportation, LLC and Dwight Douglas*; In the 202nd District Court, Bowie County, Texas
Our File No.: PNS.7321

Dear Clerk:

Please be advised that I will be on vacation on the following dates:

July 1, 2016 – July 10, 2016

I would appreciate it if you would note your calendar accordingly and not schedule any hearings, court appearances, items requiring a deadline, etc. during this time period.

Thank you for your consideration.

Very truly yours,

*/s/ Michael P. Sharp*

Michael P. Sharp

MPS/pac
cc:   Kurt B. Arnold
Ces Tavares
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX  77007

**14**

Filed 3/21/2016 11:21:28 AM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy



**Fee, Smith, Sharp&Vitullo LLP**
Texas Trial Attorneys

Three Galleria Tower  13155 Noel Road  Suite 1000  Dallas, Texas 75240
P 972-934-9100  F 972-934-9200

877-FEESMITH  feesmith.com

1801 S MoPac Expressway  Suite 320  Austin, Texas 78746
P 512-479-8400  F 512-479-8402

*Jason A. Burris*
*972-980-3497 Direct Dial*

*jburris@feesmith.com*

March 17, 2016

*Via Email @ ctavares@arnolditkin.com*
Ces Tavares
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX  77007

      Re:    Cause No. 15C0976-202; *Kyla Sheppherd v. P&S Transportation, LLC and*
             *Dwight Douglas*; In the 202nd District Court, Bowie County, Texas
             Our File No.:  PNS.7321

Ces:

       Please allow this letter to reflect our agreement regarding Plaintiff's discovery served on
P&S Transportation, LLC ("P&S").  Plaintiff agrees to undeem the admissions served on July
28, 2015 to P&S and P&S agrees to respond to Plaintiff's first set of interrogatories, request for
production, request for admissions and request for disclosures on or before April 7, 2016.

       Thank you for courtesy in this matter.  If this letter accurately reflects our agreement,
please sign in the appropriate space and return to me for filing with the Court pursuant to Rule 11
of the Texas Rules of Civil Procedure.

                       Very truly yours,

                       Jason A. Burris

AGREED:

Ces Tavares

**15**

Filed 4/6/2016 11:37:53 AM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy

PNS.7321

## CAUSE NO. 15C0976-202

| | | |
|---|---|---|
| KYLA SHEPPARD | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 202nd JUDICIAL DISTRICT |
| | § | |
| P&S TRANSPORTATION, LLC and | § | |
| DWIGHT DOUGLAS | § | BOWIE COUNTY, TEXAS |

## DWIGHT DOUGLAS' MOTION TO QUASH PLAINTIFF'S SERVICE OF CITATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Dwight Douglas who files this Motion to quash Plaintiff's Service of Citation, and for good cause would show the Court as follows:

## I.  BACKGROUND

On July 23, 2015, Plaintiff filed suit against P&S Transportation, LLC and Dwight Douglas.

On November 24, 2015, Plaintiff filed a motion for substitute service alleging that Mr. Douglas could be served at 144 North Shields Lane, Apt. E2, Natchez, Mississippi 39210 and that service had been attempted on August 3rd, 4th, 5th, and 8th of 2015.

On December 14, 2015, an order for substituted service on Mr. Douglass was signed by the court.

On March 16, 2016, Plaintiff filed an affidavit of service stating that a copy of the executed service of order, citation, petition, first set of interrogatories, request for production, request for admissions, and request for disclosures were firmly affixed to the door of 144 North Shields Lane, Apt. E2, Natchez, Mississippi 39210.  The affidavit of service also states copies of the documents were sent certified mail on January 12, 2016 to 144 North Shields Lane, Apt. E2,

Natchez, Mississippi 39210, which certified mail parcel was returned unclaimed and unopened on February 22, 2016.

## II.    ARGUMENTS AND AUTHORITIES

### A.    Plaintiff Failed to Comply With the Court's Rule 106 Order

Texas law prefers personal service over substituted service because substituted service under TEX. R. CIV. P. 106(b) is in derogation of the constitutional mandates of due process, the requirements of the rule and the law connected therewith must be strictly construed and followed. See *Stankiewicz v. Oca*, 991 S.W.2d 308, 310 (Tex. App.--Fort Worth 1999, no pet.); *Redwood Group, L.L.C. v. Louiseau*, 113 S.W.3d 866, 868 (Tex. App.—Austin 2003, no pet.); *Kirkegaard v. First City National Bank*, 486 S.W.2d 893, 894 (Tex. Civ. App.—Beaumont 1972, no writ); *Franks v. Montandon*, 465 S.W.2d 800, 801 (Tex. Civ. App.—Austin 1971, no writ). Therefore, service under Rule 106(b) must be strictly construed in accordance with the terms of the Rule 106 order and the return must reflect the accomplishment of such service as precisely authorized by the order. *Smith v. Commercial Equip. Leasing Co.*, 678 S.W.2d 917, 918 (Tex. 1984) (per curiam); *Vespa v. Nat'l Health Ins. Co.*, 98 S.W.3d 749, 752 (Tex. App. Fort Worth—2003, no pet.) (invalidating service because return did not indicate service of all documents required by the order). The trial court's order is the sole basis of authority authorizing substituted service, any deviation from the trial court's order necessitates a reversal of the default judgment based on service. *Becker v. Russell*, 765 S.W. 2d. 753, 754 (Tex. App.--Austin 1989, no writ). *Broussard v. Davila*, 352 S.W.2d 753, 754 (Tex. Civ. App.—San Antonio 1961, no writ).

In *Vespa,* the rule 106 order required the citation, petition, and order to be placed on the front door of the appellant's residence.  The return of service filed with the court stated that process server only placed the documents on the door.  The court held that service was defective

front door as instructed by the court. *Vespa*, 98 S.W. 3d at 752; *Olympia Marble & Granite v. Mayes*, 17 S.W.3d 437, 444 (Tex. App.—Houston [1st Dist.] 2000, no pet.) (invalidating service for failure to strictly comply with Rule 106 order).

In our present case, the court granted Plaintiff's motion for substitute service of process with specific instructions that service would not be deemed perfected unless "a copy of the citation, Petition, and this order be mailed by BOTH certified mail, return receipt requested, AND regular mail" and "the return of service shall include a statement setting out the date of the mailing...and result of same by regular mail." The affidavit of service filed by Plaintiff on March 16, 2016 states "12-22-15 mailed copies to address provide" but, it fails to state the type of mail (certified or regular) and result of the regular mail, if in fact mailed in that manner.

As in *Vespa*, Plaintiff's failure to strictly comply with the court's order deems the service invalid and of no effect on Mr. Douglas.

### B.    Dwight Douglas is Not a Resident of the Address Provided by the Plaintiff to the Court in the Rule 106 Motion

Plaintiff's motion for substitute service states that Dwight Douglas can be served at 144 North Shields Lane, Apt. E2, Natchez, Mississippi 39210 without providing any evidence to support such a claim. Mr. Douglass is a resident of 19 Reba Cristen Road, Natchez, Mississippi 39120 and has resided at this address since 2012[1]. Mr. Douglas has not been served with process in this matter pursuant to Rule 106. If the service of process is not quashed, Mr. Douglas will be harmed by the discovery attached to the petition as the deadline to respond expired several months ago. If Mr. Douglas' motion is not granted, each of Plaintiff's admissions are now deemed admitted and Mr. Douglas is prevented from objecting where appropriate to Plaintiff's interrogatories and requests for production. Mr. Douglas requests the court grant his motion to

---

[1] Affidavit of Dwight Douglass, attached hereto as Exhibit "A."

quash as he has not been served with citation in accordance with Rule 106.

### III.   CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Dwight Douglas respectfully requests Plaintiff's service of citation be quashed, requests additional time to file his answer and objections and responses to Plaintiff's discovery attached to the petition, and for any such further and other relief Mr. Douglas may show himself to be justly entitled.

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, L.L.P**

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**JASON A. BURRIS**
State Bar No. 24049591
jburris@feesmith.com
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas  75240
(972) 934-9100
(972) 934-9200 (Fax)

**ATTORNEYS FOR DEFENDANT
DWIGHT DOUGLAS**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the 6th day of April, 2016 as follows:

*Via EfileTexas.gov*
Kurt B. Arnold
Cesar "Ces" Tavares
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX  77007

**MICHAEL P. SHARP**
**JASON A. BURRIS**

EXHIBIT "A"

CAUSE NO. 15C0976-202

| | | |
|---|---|---|
| KYLA SHEPPARD | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 202nd JUDICIAL DISTRICT |
| | § | |
| P&S TRANSPORTATION, LLC and | § | |
| DWIGHT DOUGLAS | § | BOWIE COUNTY, TEXAS |

## AFFIDAVIT OF DWIGHT DOUGLAS

STATE OF Alabama

COUNTY OF Shelby

BEFORE ME, the undersigned Notary Public, in and for the County and State aforesaid, personally appeared Dwight Douglas, who, being by me first duly sworn, on oath states that he is at least 18 years of age, of sound mind, capable of making this affidavit and has never been convicted of a felony and has personal knowledge of the following facts and the following facts are true and correct.

1.  "My name is Dwight Douglas.  I have personal knowledge of the facts stated in this affidavit and the facts stated herein are true and correct."

2.  "I live at 19 Reba Cristen Road, Natchez, MS  39120."

3.  "I have lived at 19 Reba Cristen Road, Natchez, MS since 2012."

"FURTHER AFFIANT SAYETH NOT."

DWIGHT DOUGLAS

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this the ___5___ day of April, 2016, to certify which witness my hand and official seal.

NOTARY PUBLIC IN AND FOR
THE STATE OF Alabama
My Commission Expires: 12-18-2019

AFFIDAVIT OF DWIGHT DOUGLAS

**16**

Filed 4/6/2016 1:59:59 PM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy



**Fee, Smith, Sharp & Vitullo LLP**
Texas Trial Attorneys

Three Galleria Tower  13155 Noel Road  Suite 1000  Dallas, Texas 75240
P 972-934-9100  F 972-934-9200

877-FEESMITH  feesmith.com

1801 S MoPac Expressway  Suite 320  Austin, Texas 78746
P 512-479-8400  F 512-479-8402

*Lisa M. Hamm*
*972-980-3287 Direct Dial*

*lhamm@feesmith.com*

April 8, 2016

## NOTICE OF HEARING

*Via EfileTexas.gov*
Kurt B. Arnold
Ces Tavares
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX  77007

> Re:   Cause  No.  15C0976-202;  *Kyla Sheppherd v. P&S Transportation, LLC and*
> *Dwight Douglas*; In the 202nd District Court, Bowie County, Texas
> Our File No.:  PNS.7321

Counsel:

Please be advised that *Dwight Douglas' Motion to Quash Plaintiff's Service of Citation*
has been set for hearing on June 2, 2016 beginning at 9:00 a.m.

Best regards.

Very truly yours,

**FEE, SMITH, SHARP & VITULLO, L.L.P.**

Lisa M. Hamm
Paralegal

cc:  Clerk of the Court

17

Filed 4/6/2016 4:04:40 PM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy

# FSSV

**Fee, Smith, Sharp&Vitullo LLP**
Texas Trial Attorneys

Three Galleria Tower  13155 Noel Road  Suite 1000  Dallas, Texas 75240
P 972-934-9100   F 972-934-9200

877-FEESMITH   feesmith.com

1801 S MoPac Expressway  Suite 320  Austin, Texas 78746
P 512-479-8400   F 512-479-8402

*Jason A. Burris*                                                                    *jburris@feesmith.com*
*972-980-3497 Direct Dial*

April 6, 2016

*Via Email @ ctavares@arnolditkin.com*
Ces Tavares
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX  77007

> Re:   Cause No. 15C0976-202; *Kyla Sheppherd v. P&S Transportation, LLC and*
>       *Dwight Douglas*; In the 202nd District Court, Bowie County, Texas
>       Our File No.: PNS.7321

Ces:

Please allow this letter to reflect our agreement regarding Plaintiff's discovery served on P&S Transportation, LLC ("P&S").  Plaintiff agrees to extend the deadline for P&S to respond to  Plaintiff's first set of interrogatories, request for production, request for admissiona and request for disclosures from April 7, 2016 to April 13, 2016.

Thank you for courtesy in this matter.  If this letter accurately reflects our agreement, please sign in the appropriate space and return to me for filing with the Court pursuant to Rule 11 of the Texas Rules of Civil Procedure.

Very truly yours,

Jason A. Burris

AGREED:

Ces Tavares

**18**

Filed 4/18/2016 8:38:33 AM
Billy Fox
District Clerk
Bowie County, Texas
Kelley White, Deputy



**Fee, Smith, Sharp&Vitullo LLP**
Texas Trial Attorneys

Three Galleria Tower   13155 Noel Road   Suite 1000   Dallas, Texas 75240
P 972-934-9100   F 972-934-9200

877-FEESMITH   feesmith.com

1801 S MoPac Expressway   Suite 320   Austin, Texas 78746
P 512-479-8400   F 512-479-8402

*Jason A. Burris*
*972-980-3497 Direct Dial*

*jburris@feesmith.com*

April 15, 2016

*Via Email @ ctavares@arnolditkin.com*
Ces Tavares
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX 77007

        Re:    Cause No. 15C0976-202; *Kyla Sheppherd v. P&S Transportation, LLC and*
               *Dwight Douglas*; In the 202nd District Court, Bowie County, Texas
               Our File No.: PNS.7321

Ces:

        Please allow this letter to reflect our agreement regarding Plaintiff's attempted service of
citation on Dwight Douglas ("Defendant").  Defendant and Plaintiff agree to the following:

- Dwight Douglas is a resident of Mississippi;
- Dwight Douglas currently resides at 19 Reba Cristen Road, Natchez, Mississippi 39120;
- Dwight Douglas has not been personally served with citation in this matter pursuant to TEX. R. CIV. P. 106 or in accordance with the order granting substituted service;
- Dwight Douglas has not been served with Plaintiff's first set of interrogatories, request for production, request for admissions, and request for disclosures. Mr. Douglas has not waived his right to respond and object to Plaintiff's discovery.
- The law firm of Fee, Smith, Sharp, & Vitullo  agrees to accept service of process on behalf of Mr. Douglas as of April 15, 2016 and will file his responsive pleadings in accordance with the Texas Rules of Civil Procedures.
- Dwight Douglas will respond to Plaintiff's first set of interrogatories, request for production, request for admissions and request for disclosures in accordance with TEX. R. CIV. P. 194.3(a), 196.2(a), 197.2(a), and 198.2(a) from the date of service as stated above (April 15, 2016).

April 15, 2016
Page 2

Thank you for courtesy in this matter.  If this letter accurately reflects our agreement, please sign in the appropriate space and return to me for filing with the Court pursuant to Rule 11 of the Texas Rules of Civil Procedure.

Very truly yours,

Jason A. Burris

AGREED:

Ces Tavares

**19**

# FSSV

**Fee, Smith, Sharp & Vitullo LLP**
Texas Trial Attorneys

877-FEESMITH   feesmith.com

FILED FOR RECORD

2016 APR 19  PM 12: 24

BILL FOX
DISTRICT CLERK

_____ DEPUTY

Three Galleria Tower  13155 Noel Road  Suite 1000  Dallas, Texas 75240
P 972-934-9100  F 972-934-9200

8911 S MoPac Expressway  Suite 320  Austin, Texas 78746
P 512-479-8400  F 512-479-8402

*Michael P. Sharp*
*972-980-3255 Direct Dial*

*msharp@feesmith.com*

April 18, 2016

Bowie County District Clerk
710 James Bowie Drive
New Boston, TX  75570

Re:   Cause No. 15C0976-202; *Kyla Sheppard v. P&S Transportation, LLC and Dwight Douglas;* In the 202nd District Court, Bowie County, Texas
Our File No.: PNS.7321

Dear Clerk:

Please forward a certified copy of the court's file referenced above, including the Case Summary, to the undersigned as soon as possible. Enclosed is our check in the amount of $40.00 in payment of your fees.

Also, enclosed is a UPS return envelope for your convenience.

Thank you for your courtesies in this matter.

Very truly yours,

Michael P. Sharp

MPS/pac
Enclosures

*in UPS Express Mail 4/19/16 Evening*

**20**

Filed 5/6/2016 4:48:51 PM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy

PNS.7321

## CAUSE NO. 15C0976-202

| | | |
|---|---|---|
| KYLA SHEPPARD | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | 202nd JUDICIAL DISTRICT |
| | § | |
| P&S TRANSPORTATION, LLC and | § | |
| DWIGHT DOUGLAS | § | BOWIE COUNTY, TEXAS |

## DEFENDANT DWIGHT DOUGHLAS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **DWIGHT DOUGLAS**, a Defendant named in the above entitled and numbered cause (hereinafter, "Defendant Douglas"), and files this his Original Answer, and for same would respectfully show unto the Court as follows:

### I.
### SPECIAL EXCEPTIONS

Defendant Douglas specially excepts to Plaintiff's Original Petition as follows:

To Plaintiff's Original Petition in its entirety because Plaintiff has failed to specify the total amount for which she sues, and Defendant respectfully requests that Plaintiff do so pursuant to Rule 47 of the Texas Rules of Civil Procedure.

### II.
### GENERAL DENIAL

Defendant Douglas denies each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof.

### III.
### SECTION 18.091

Defendant Douglas invokes Section 18.091 of the Texas Civil Practice and Remedies Code. To the extent Plaintiff seeks recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value or loss of inheritance, the evidence to prove such loss must be

presented in the form of net loss after reduction of income tax payments or unpaid tax liability. Defendant Douglas further requests the court to instruct the jury as to whether any recovery for compensatory damages sought by Plaintiff is subject to federal or state income taxes.

## IV.
## SECTION 41. 0105

Defendant Douglas invokes Section 41.0105 of the Texas Civil Practice and Remedies Code.  To the extent Plaintiff seeks recovery of medical or healthcare expenses incurred, the evidence to prove such loss must be limited to the amount actually paid or incurred by or on behalf of Plaintiff.  Defendant Douglas further requests the court to instruct the jury as to whether any recovery for medical or healthcare expenses sought by Plaintiff is limited to the amount actually paid or incurred by or on behalf of Plaintiff.

## V.
## PAID V. INCURRED

Defendant Douglas also asserts that he is entitled to a reduction in any award for medical expenses to the extent that same is not actually paid or incurred.  Defendant Douglas is further entitled to a reduction as to any damage award for the full sum of any settlement as an offset to Plaintiff's recovery.

## VI.
## JURY DEMAND

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendant Douglas demands a trial by jury.

**WHEREFORE, PREMISES CONSIDERED,** Defendant **DWIGHT DOUGLAS** prays that the Plaintiff take nothing by this suit, that Defendant goes hence with his costs without delay, and for such other and further relief, both general and special, at law and in equity, to

which Defendant may show himself justly entitled.

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, L.L.P.**

_____

**MICHAEL P. SHARP**
State Bar No. 00788857
msharp@feesmith.com
**JASON A. BURRIS**
State Bar No. 24049591
jburris@feesmith.com
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas  75240
(972) 934-9100
(972) 934-9200 (Fax)

**ATTORNEYS FOR DEFENDANT
DWIGHT DOUGLAS**

### CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to all attorneys of record in this cause of action on the 6th day of May, 2016 as follows:

*Via E-FileTexas.gov*
Kurt B. Arnold
Cesar "Ces" Tavares
Arnold & Itkin LLP
6009 Memorial Drive
Houston, TX  77007

_____
**JASON A. BURRIS**

**DEFENDANT DWIGHT DOUGLAS' ORIGINAL ANSWER**                                    **PAGE 3**

**21**

Filed 6/6/2016 3:40:54 PM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy



**Fee, Smith, Sharp&Vitullo LLP**
Texas Trial Attorneys

Three Galleria Tower   13155 Noel Road   Suite 1000   Dallas, Texas 75240
P 972-934-9100   F 972-934-9200

877-FEESMITH   feesmith.com

1801 S MoPac Expressway   Suite 320   Austin, Texas 78746
P 512-479-8400   F 512-479-8402

*Jason A. Burris*
*972-980-3497 Direct Dial*

*jburris@feesmith.com*

June 6, 2016

*Via Electronic Filing*
Clerk
202nd District Court
100 N. State Line
Box 10
Texarkana, TX  75501

Re:    Cause No. 15C0976-202; *Kyla Sheppard v. P&S Transportation, LLC and Dwight Douglas*; In the 202nd District Court, Bowie County, Texas
Our File No.: PNS.7321

Dear Clerk:

Please be advised that I will be on vacation on the following dates:

August 15, 2016 – August 17, 2016

I would appreciate it if you would note your calendar accordingly and not schedule any hearings, court appearances, items requiring a deadline, etc. during this time period.

Thank you for your consideration.

Very truly yours,

/s/ Jason A. Burris

Jason A. Burris
Senior Attorney

JAB/pac
cc:    Ces Tavares
       Kurt B. Arnold
       Arnold & Itkin LLP
       6009 Memorial Drive
       Houston, TX  77007

22

Filed 8/1/2016 12:00:00 AM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy

No. **15C0976-202**

| | | |
|---|---|---|
| Kyla Sheppard | : | **IN THE DISTRICT COURT** |
| | : | |
| vs. | : | **BOWIE COUNTY, TEXAS** |
| | : | |
| P&S Transportation, LLC and Dwight Douglas | : | **202ND JUDICIAL DISTRICT** |

## CERTIFICATE

I, Howard R. Fallon, do hereby certify and swear that:

1.   Rose Shontae Perry, Custodian of Records for Dream Pharmacy Memorial (Pharmacy) the witness, was sworn, and the written questions on Kyla Shanaye Sheppard served by the Attorney for the Defendant/P&S Transportation, LLC and Dwight Douglas in this matter were answered by him/her.

2. That the Exhibit A is a true and accurate record of his/her written testimony.

3. The amount of the charges for preparation of the completed deposition transcript and copies of the exhibits is $ 137.00 .

4. The deposition was submitted to the witness on  07/22/2016  for examination and signature and returned on that same date.

5. There were NO changes made to the deposition.

6. The original deposition together with copies of exhibits numbering  2  pages and  0  miscellaneous items ( ) was delivered to the requesting attorney by mail requested on **July 27, 2016.**

7. A copy of this certificate was served upon all parties of this action pursuant to Texas Rules of Civil Procedure.

8. Amount of time used: deposition upon written questions.

I further certify that I am neither of counsel nor related to parties to the action, nor am I in any way interested in the results of said cause.

**For the Attorney:**
Michael P. Sharp, Esq.
Fee, Smith, Sharp & Vitullo, L.L.P. by
Records Deposition Service of Texas, Inc.
email: hrfallon@rdstexas.com

HOWARD R. FALLON
Notary Public of Texas
My Commission Expires 07/02/18

Order No. **13932.005**

**23**

Filed 8/8/2016 3:48:03 PM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy

No. **15C0976-202**

| | | |
|---|---|---|
| **Kyla Sheppard** | : | **IN THE DISTRICT COURT** |
| | : | |
| | : | |
| **vs.** | : | **BOWIE COUNTY, TEXAS** |
| | : | |
| | : | |
| **P&S Transportation, LLC and Dwight Douglas** | : | **202ND JUDICIAL DISTRICT** |

## CERTIFICATE

I, Howard R. Fallon, do hereby certify and swear that:

1. <u>Stacey Hinchcliffe, Custodian of Records for CVS Pharmacy, Inc. (Pharmacy)</u> the witness, was sworn, and the written questions on <u>Kyla Shanaye Sheppard</u> served by the Attorney for the Defendant/P&S Transportation, LLC and Dwight Douglas in this matter were answered by him/her.

2. That the Exhibit A is a true and accurate record of his/her written testimony.

3. The amount of the charges for preparation of the completed deposition transcript and copies of the exhibits is $_77.00_ .

4. The deposition was submitted to the witness on ___07/07/016_____ for examination and signature and returned on that same date.

5. There were NO changes made to the deposition.

6. The original deposition together with copies of exhibits numbering _0_ pages and _0_ miscellaneous items (_) was delivered to the requesting attorney by mail requested on **July 28, 2016.**

7. A copy of this certificate was served upon all parties of this action pursuant to Texas Rules of Civil Procedure.

8. Amount of time used: deposition upon written questions.

I further certify that I am neither of counsel nor related to parties to the action, nor am I in any way interested in the results of said cause.

**For the Attorney:**
Michael P. Sharp, Esq.
Fee, Smith, Sharp & Vitullo, L.L.P. by
Records Deposition Service of Texas, Inc.
email: hrfallon@rdstexas.com

HOWARD R. FALLON
Notary Public of Texas
My Commission Expires 07/02/18

Order No. **13932.006**

**24**

Filed 8/22/2016 12:00:00 AM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy

No. **15C0976-202**

| Kyla Sheppard | : | IN THE DISTRICT COURT |
| | : | |
| | : | |
| vs. | : | BOWIE COUNTY, TEXAS |
| | : | |
| | : | |
| P&S Transportation, LLC and Dwight Douglas | : | 202ND JUDICIAL DISTRICT |

## CERTIFICATE

I, Howard R. Fallon, do hereby certify and swear that:

1.   Diana Byrd, Custodian of Records for UAMS Medical Center Community Women's Clinic (Films) the witness, was sworn, and the written questions on Kyla Shanaye Sheppard served by the Attorney for the Defendant/P&S Transportation, LLC and Dwight Douglas in this matter were answered by him/her.

2.  That the Exhibit A is a true and accurate record of his/her written testimony.

3.  The amount of the charges for preparation of the completed deposition transcript and copies of the exhibits is $ 87.50  .

4.  The deposition was submitted to the witness on ____08/10/2016_____  for examination and signature and returned on that same date.

5.  There were NO changes made to the deposition.

6.  The original deposition together with copies of exhibits numbering  0  pages and  1 miscellaneous items ( cd ) was delivered to the requesting attorney by mail requested on **August 16, 2016.**

7.  A copy of this certificate was served upon all parties of this action pursuant to Texas Rules of Civil Procedure.

8.  Amount of time used:  deposition upon written questions.

I further certify that I am neither of counsel nor related to parties to the action, nor am I in any way interested in the results of said cause.

**For the Attorney:**
Michael P. Sharp, Esq.
Fee, Smith, Sharp & Vitullo, L.L.P. by
Records Deposition Service of Texas, Inc.
email:  hrfallon@rdstexas.com

HOWARD R. FALLON
Notary Public of Texas
My Commission Expires 07/02/18

Order No.  13932.010

**25**

Filed 8/25/2016 1:23:09 PM
Billy Fox
District Clerk
Bowie County, Texas
Kelley White, Deputy

**Bombet, Cashio,
Darbonne & Associates**

**800-256-5333**

Baton Rouge, LA - 11220 N. Harrell's Ferry Rd., Baton Rouge, LA 70816
New Orleans, LA - Bombet, Cashio & Assoc, P.O. Box 627, Metairie, LA 70004
Lafayette, LA - Bombet, Cashio & Assoc, 207 S. William Dr., Lafayette, LA 70506
Dallas, TX - Bombet, Cashio & Bombet, 1601 Monterrey, Garland, TX 75042

## Affidavit of Process Server

DISTRICT COURT OF BOWIE COUNTY, TEXAS
(NAME OF COURT)

Cause No.: 15C0976-202

I KAREN O'QUINN , being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served / attempted to serve  DWIGHT DOUGLAS
                                          NAME OF PERSON/ENTITY BEING SERVED

with (list documents) CITATION - NON RESIDENT / PLAINTIFFS ORIGINAL PETITION

by leaving with  DWIGHT DOUGLAS                    SELF                              At
                 NAME                     RELATIONSHIP TO PERSON BEING SERVED

☑ Residence  19 REBA CHRISTIAN RD   NATCHEZ MS 39120
             ADDRESS                CITY / STATE

☐ Business  _____   _____
            ADDRESS                CITY / STATE

On  8·6·16          at  6:55 pm
    DATE                TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                              DATE

from _____
        CITY              STATE              ZIP

**Manner of Service:**
☑ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Canceled by Litigant  ☐ Unable to Serve In Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
                                                  DATE         TIME           DATE         TIME

(3) _____ _____ (4) _____ _____ (5) _____ _____
    DATE         TIME             DATE         TIME             DATE         TIME

SUBSCRIBED AND SWORN to before me this 23rd day of August, 2016

_____                          _____
Stacey P. Rollins                                 SIGNATURE OF PROCESS SERVER

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 104396
STACEY P. ROLLINS
Commission Expires
Jan. 13, 2017
FRANKLIN COUNTY

26

Filed 8/26/2016 10:05:17 AM
Billy Fox
District Clerk
Bowie County, Texas
Deana Stiles, Deputy

No.  **15C0976-202**

| | | |
|---|---|---|
| Kyla Sheppard | : | IN THE DISTRICT COURT |
| | : | |
| vs. | : | BOWIE COUNTY, TEXAS |
| | : | |
| P&S Transportation, LLC and Dwight Douglas | : | 202ND JUDICIAL DISTRICT |

# CERTIFICATE

I, Howard R. Fallon, do hereby certify and swear that:

1.  Jill Bosch, Custodian of Records for Walgreen's, Inc. (Pharmacy) the witness, was sworn, and the written questions on Kyla Shanaye Sheppard served by the Attorney for the Defendant/P&S Transportation, LLC and Dwight Douglas in this matter were answered by him/her.

2.  That the Exhibit A is a true and accurate record of his/her written testimony.

3.  The amount of the charges for preparation of the completed deposition transcript and copies of the exhibits is $  148.00  .

4.  The deposition was submitted to the witness on ____08/15/2016_____ for examination and signature and returned on that same date.

5.  There were NO changes made to the deposition.

6.  The original deposition together with copies of exhibits numbering _12_ pages and _0_ miscellaneous items ( ) was delivered to the requesting attorney by mail requested on **August 23, 2016.**

7.  A copy of this certificate was served upon all parties of this action pursuant to Texas Rules of Civil Procedure.

8.  Amount of time used:  deposition upon written questions.

I further certify that I am neither of counsel nor related to parties to the action, nor am I in any way interested in the results of said cause.

**For the Attorney:**
Michael P. Sharp, Esq.
Fee, Smith, Sharp & Vitullo, L.L.P. by
Records Deposition Service of Texas, Inc.
email:  hrfallon@rdstexas.com

Howard Richard Fallon
Notary Public,
State of Texas
Expires:07-02-2018

HOWARD R. FALLON
Notary Public of Texas
My Commission Expires 07/02/18

Order No.  **13932.007**

**27**

Filed 9/2/2016 12:59:42 PM
Billy Fox
District Clerk
Bowie County, Texas
Joy Smith, Deputy

No. **15C0976-202**

| | | |
|---|---|---|
| Kyla Sheppard | : | IN THE DISTRICT COURT |
| | : | |
| | : | |
| vs. | : | BOWIE COUNTY, TEXAS |
| | : | |
| | : | |
| P&S Transportation, LLC and Dwight Douglas | : | 202ND JUDICIAL DISTRICT |

# CERTIFICATE

I, Howard R. Fallon, do hereby certify and swear that:

1.  Erin Holloway, Custodian of Records for Baptist Health Medical Center (Films) the witness, was sworn, and the written questions on Kyla Shanaye Sheppard served by the Attorney for the Defendant/P&S Transportation, LLC and Dwight Douglas in this matter were answered by him/her.

2.  That the Exhibit A is a true and accurate record of his/her written testimony.

3.  The amount of the charges for preparation of the completed deposition transcript and copies of the exhibits is $ 126.00 .

4.  The deposition was submitted to the witness on ___ 08/17/2016 ___ for examination and signature and returned on that same date.

5.  There were NO changes made to the deposition.

6.  The original deposition together with copies of exhibits numbering  0  pages and  1  miscellaneous items ( cd ) was delivered to the requesting attorney by mail requested on **August 29, 2016.**

7.  A copy of this certificate was served upon all parties of this action pursuant to Texas Rules of Civil Procedure.

8.  Amount of time used:  deposition upon written questions.

I further certify that I am neither of counsel nor related to parties to the action, nor am I in any way interested in the results of said cause.

**For the Attorney:**
Michael P. Sharp, Esq.
Fee, Smith, Sharp & Vitullo, L.L.P. by
Records Deposition Service of Texas, Inc.
email:  hrfallon@rdstexas.com

HOWARD R. FALLON
Notary Public of Texas
My Commission Expires 07/02/18

Order No.  13932.002