# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| KYLA SHEPPARD | § | |
| | § | |
| V. | § | No. 5:16CV141-RWS-CMC |
| | § | |
| R&S TRANSPORTATION, LLC and | § | |
| DWIGHT DOUGLAS | § | |

## MEMORANDUM ORDER ADOPTING
## REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration.

On April 25, 2018, the Magistrate Judge issued a Report and Recommendation, recommending Defendants' Motion for Partial Summary Judgment (Docket No. 30) be granted. Specifically, the Magistrate Judge recommended, in a thorough, 31-page report, that Plaintiff's gross negligence claims against Defendants be dismissed.

To date, no objections have been filed to the April 25, 2018 Report and Recommendation. As noted in the Report and Recommendation, failure to file objections to the proposed findings and recommendations contained in the report within fourteen days after service bars an aggrieved party from *de novo* review by the district court of those proposed findings and recommendations and from appellate review of factual findings accepted or adopted by the district court except on grounds of plain error or manifest injustice.

There being no grounds of plain error or manifest injustice, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Plaintiff's gross negligence claims should be dismissed.

Accordingly, it is hereby

**ORDERED** that Defendants' Motion for Partial Summary Judgment (Docket No. 30) is **GRANTED**. It is further

**ORDERED** that Plaintiff's gross negligence claims against Defendants are **DISMISSED WITH PREJUDICE.**

**So ORDERED and SIGNED this 18th day of May, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE